FREDERICK FRALEY SHOEMAKER, EXECUTOR, ESTATE OF ROBERT SHOEMAKER, JR., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 39422. Promulgated September 29, 1930.

*Henry Gross, Esq.,* for the petitioner.
*Arthur Carnduff, Esq.,* for the respondent.

OPINION.

LOVE: The only question at issue in this case is whether or not the value of real estate held by husband and wife as tenants by the

entirety in the Commonwealth of Pennsylvania should be included in the gross estate of the deceased husband.

That very much discussed question was finally decided by the Supreme Court in the case of *Tyler* v. *United States*, 281 U. S. 497.

In that case the Supreme Court held that section 302 (e) of the Revenue Act of 1924 (and corresponding sections of other acts) were not unconstitutional, and in compliance with the mandate of the statute, the value of such real estate should be included in the gross estate of the decedent.

*Judgment will be entered for the respondent.*